# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

**DONNA ARLENE MOORE** ,

Debtor.

Case No. 06-10822-RGM
(Chapter 7)

## MEMORANDUM OPINION

This case is before the court on the debtor's application for waiver of the filing fee. The debtor's application is incomplete and the court is unable to conclude from the information presented that the debtor will be unable to pay the filing fees in installments. The application will be denied without prejudice to the debtor timely seeking reconsideration if the debtor has additional information to bring to the court's attention in the form of a completed application, completed schedules and statements in addition to such other matters as the debtor may feel are appropriate.

A separate order will be entered.

Alexandria, Virginia
August 10, 2006

/s/Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

copies to:

Donna Arlene Moore
2010 Horizon Court #203
Woodbridge, VA 22191

Richard A. Bartl